FILED
2007 AUG 16 AM 8:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILHELM R. STRAUBE,<br><br>　　　　　Petitioner,<br>vs.<br>MICHAEL CHERTOFF, et al.,<br>　　　　　Respondents. | CASE NO. 07 CV 0949 JM (JMA)<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

　　On May 24, 2007, Petitioner, proceeding pro se, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 alleging that Respondents have unlawfully detained him in violation of the Constitution. The government opposes the petition. After having considered the parties' papers, the court **DENIES** the petition for the following reasons.

## BACKGROUND

　　Petitioner is a national of Guatemala who unlawfully entered the United States in or around 1976. See Gov't Return, Ex. 1 (OSC dated October 19, 1988 providing that Petitioner entered the United States without inspection and had been convicted in Los Angeles Superior Court on October 20, 1987 for three counts of burglary). On July 22, 2004, an immigration judge ("IJ") ordered Petitioner deported to Guatemala. Id., Ex. 2. On January 13, 2005, Petitioner's appeal to the Board of Immigration Appeals ("BIA") was denied as untimely. Id., Ex. 5. Petitioner's appeal of the BIA's denial is pending before the Ninth Circuit in Straube v. Gonzales, case number 05-

70573, and Petitioner has obtained a stay of deportation pending appeal. That appeal, in case number 05-70573, was argued on August 7, 2007.

In addition to direct review of his order of deportation, Petitioner has also commenced collateral proceedings in this court. On February 10, 2005, Petitioner filed a habeas petition challenging his removal proceedings in Straube v. Department of Homeland Security, case number 05cv0292 (S.D. Cal.) (Houston, J., presiding). Pursuant to the REAL ID Act § 106(c), Judge Houston transferred the petition to the Ninth Circuit. Petitioner appealed Judge Houston's transfer order, and that appeal was submitted on the briefs on August 7, 2007. See Straube v. Gonzales, Ninth Circuit case number 05-55982. Petitioner also filed two other habeas proceedings in this court, in case numbers 05-cv-2113 and 06-cv-1367. Both of those petitions were denied for lack of jurisdiction on the ground that such petitions may only be brought in the appropriate court of appeals. See 8 U.S.C. § 1252(b). Respondent now moves to dismiss the present petition on this same ground. Gov't Return at 3.

**DISCUSSION**

The REAL ID Act of 2005, signed into law on May 11, 2005, provides that only the courts of appeals have original jurisdiction to review final orders of removal. § 1252(b). Therefore, as correctly pointed out by Respondent, to the extent Petitioner is challenging his order of removal, his petition must be dismissed for lack of jurisdiction.

To the extent Petitioner is challenging the legality of his detention pending removal, however, the REAL ID Act, as Respondent concedes, presents no bar to the exercise of this court's jurisdiction. Gov't Return at 3; 2005 U.S.C.C.A.N. 240, 301 ("Finally, it should also be noted that section 106 [of the REAL ID Act] will not preclude habeas review over challenges to detention that are independent of challenges to removal orders. Instead, the bill would eliminate habeas review only over challenges to removal orders."). In his pleadings, Petitioner cites Zadvydas v. Davis, 533 U.S. 678 (2001), which held that due process forbids the Attorney General from detaining

indefinitely an alien subject to a final order of removal See Pet. at 6; Traverse at 2. Petitioner's order of removal, however, has not yet become final since Petitioner's direct appeal remains pending in the Ninth Circuit. See § 1231(a)(1)(B)(ii). Therefore, the 90-day removal period, triggering the government's obligations under Zadvydas, has not yet begun. Accordingly, Zadvydas relief is unavailable.

## CONCLUSION

For the foregoing reasons, the petition is **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**IT IS SO ORDERED.**

DATED: 8/14, 2007

JEFFREY T. MILLER
United States District Judge

cc: All parties
07cv949 Order Denying Petition for WHC.wpd